# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**FILED**

SEP 23 2022

Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

Joerica Brown

**name of plaintiff(s)**

**CIVIL ACTION**

versus

Amesbury Management

NO. _____ )

**name of defendant(s)**

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   _____

2. Plaintiff, Joerica Brown resides at

   18364 Leo Causey Rd , Prairieville ,
   **street address**                  **city**

   Ascension , LA , 70769 , 225-907-8903
   **parish**    **state**  **zip code**  **telephone number**

   (if more than one plaintiff, provide the same information for each plaintiff below)

   _____

3. Defendant, Amesbury Managment lives at, or its business is located at 400 Convention st. Suite 1050 ,
   **street address**

   Baton Rouge , East , LA ,
   **city**          **parish**       **state**

   70802 , 225-757-7111 .
   **zip code**  **telephone number**

(if more than one defendant, provide the same information for each defendant below)

Jessica Huffman and Thomas Kiggans of Phelps Dunbar LLP
400 Convention St. Suite 1100
Baton Rouge, LA 70802

4. **Statement of claim** ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Amesbury Management violated my right to return back to work from maternity leave. I have attached in more detail the reports.

5. **Prayers for Relief** (list what you want the Court to do):

a. Appoint a counsel

b. Motion to proceed without court fees and cost

c. Grant judgement to pay back wages

d. Grant judgement to pay defamation of character

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

**Signed this** 20 **day of** September, 20 22

*[signature]* 9/23/22

(signature of plaintiff (s))

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

### GUIDE FOR FILING FEDERAL CIVIL SUITS

| ITEM | REQUIREMENTS |
|---|---|
| SUMMONS AND COMPLAINT | The original and one copy of the Complaint. One Summons for each defendant to be served is required. |
| SIGNATURE | The Complaint must be signed. See Federal Rules Civil Procedure 11. Counsel's name, complete address, telephone number and party represented must be typed on all pleadings. For pro se plaintiffs, the name, address and telephone number of the plaintiff must be typed on the last page of the complaint. |
| SERVICE | See Federal Rules of Civil Procedure 4. |
| COURT FEES | $402.00 cashier's check, law firm check or money order payable to U. S. Courts, or VISA or Mastercard with identification. No personal checks accepted. (Fee due for each case. Fee due whether a suit is Complaint or Notice of Removal) |
| NOTE: | A PRO SE LITIGANT HAS THE RESPONSIBILITY OF COMPLYING WITH THE LOCAL RULES OF THIS COURT, THE FEDERAL RULES OF CIVIL PROCEDURE, OR ANY OTHER OBLIGATIONS IMPOSED BY THE LAW. |

**THIS OFFICE IS PROHIBITED BY LAW FROM GIVING OUT LEGAL ADVICE.**