UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOERICA BROWN | CIVIL ACTION NO. 22-675 |
| VERSUS | JUDGE JOHN W. DEGRAVELLES |
| AMESBURY MANAGEMENT LLC | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

**JOINT NOTICE OF SETTLEMENT**

NOW INTO COURT, through undersigned counsel, come plaintiff, Joerica Brown, and defendant, Amesbury Management LLC ("Amesbury"), and hereby notify the Court that the parties have settled this case. The parties have finalized the documents reflecting the terms of their settlement and intend to file a stipulation of dismissal once the settlement terms have been fulfilled.

The parties respectfully request that the Court issue an order conditionally dismissing the case, reserving the right of any party upon good cause shown to reinstate the action if the settlement terms are not fulfilled within sixty 60 days from the conditional dismissal.

Respectfully submitted,

*/s/ Charles J. Stiegler*
Charles J. Stiegler, Bar Roll No. 33456
STIEGLER LAW FIRM LLC
318 Harrison Ave., Suite #104
New Orleans, La. 70124
Telephone: (504) 267-0777
Telecopier: (504) 513-3084
Email: Charles@StieglerLawFirm.com

ATTORNEYS FOR PLAINTIFF,
JOERICA BROWN

-AND-

PHELPS DUNBAR, L.L.P.

BY:  */s/ Jessica C. Huffman*
Thomas H. Kiggans, Bar Roll No. 14422

PD.50301427.1

                    Jessica C. Huffman, Bar Roll No. 30445
                    II City Plaza • 400 Convention Street • Suite 1100
                    Baton Rouge, Louisiana 70810
                    P.O. Box 4412
                    Baton Rouge, Louisiana 70821-4412
                    Telephone: (225) 346-0285
                    Telecopier: (225) 381-9197
                    Email: kigganst@phelps.com
                            jessica.huffman@phelps.com

ATTORNEYS FOR DEFENDANT, AMESBURY MANAGEMENT LLC

PD.50301427.1