# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOERICA BROWN** | **CIVIL ACTION NO. 22-675-JWD-EWD** |
| **VERSUS** | **JUDGE JOHN W. DEGRAVELLES** |
| **AMESBURY MANAGEMENT LLC** | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

## ORDER

Pursuant to the Stipulation of Dismissal by the parties, this matter shall be and is hereby dismissed with prejudice, each party to bear her/its own costs and attorneys' fees.

SIGNED in Baton Rouge, Louisiana, this __5th__ day of __August__, 2025.

_____
JOHN W. DEGRAVELLES
UNITED STATES DISTRICT JUDGE